IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TONYA GANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:15-cv-01172-JDB |
| | ) |
| AIG DIRECT INSURANCE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On February 11, 2016, the parties met for a Scheduling Conference in the instant case. It was agreed that the Plaintiff's Motion for Default Judgment should be denied, as Defendant has answered the Complaint and has made a notice of appearance.

It is the report and recommendation of the undersigned that the Court deny the Motion for Default Judgment and allow the case to continue pursuant to the February 11, 2016 Scheduling Order, and the February 16, 2016 Setting Letter.

Respectfully Submitted this 2nd day of March, 2016.

                                          **s/Edward G. Bryant**
                                          UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**