IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE EASTERN DIVISION

TONYA GANNON,

    Plaintiff,

v.                                                       No. 15-1172

AIG DIRECT INSURANCE SERVICES, INC.,

    Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Pursuant to an order of reference, the Magistrate Judge, on March 2, 2016, entered a report and recommendation recommending that the Plaintiff's Motion for Default Judgment be denied, as Defendant has answered the complaint and entered a notice of appearance. (D.E. 24.) At the scheduling conference of February 11, 2016, the parties agreed to this outcome. Furthermore, no objection to the report and recommendation has been filed, and the time for such objection has expired.

Upon review of the report and the entire record, the report and recommendation is hereby ADOPTED in its entirety. Plaintiff's Motion for Default Judgment is DENIED.

IT IS SO ORDERED this 31st day of March 2016.

                                                                  s/ J. DANIEL BREEN
                                                                   CHIEF UNITED STATES DISTRICT JUDGE