## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **TONYA GANNON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:15-cv-01172-JDB |
| | ) |
| **AIG DIRECT INSURANCE SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice with each party to bear its own costs.

| | |
|---|---|
| */s/ J. Bennett Fox, Jr.* | */s/ Amy L. Bennecoff Ginsburg* |
| J. Bennett Fox, Jr. (Tenn. BPR No. 26828) | Amy L. Bennecoff Ginsburg, Esq. |
| ADAMS & REESE, LLP | Kimmel & Silverman, P.C. |
| Crescent Center | 30 E. Butler Pike |
| 6075 Poplar Ave., Ste. 700 | Ambler, PA 19002 |
| Memphis, TN 38119-0100 | Phone: (215) 540-8888 |
| 901-524-5313 | Fax: (877) 788-2864 |
| Fax: 901-524-5413 | Email: aginsburgf@creditlaw.com |
| Email: ben.fox@arlaw.com | *Attorney for the Plaintiff* |
| *Attorney for Defendant* | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 27, 2016, a copy of the foregoing **Stipulation** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg