# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

**TONYA GANNON,**

    Plaintiff,

                       CASE NUMBER: 1:15-cv-1172-JDB-egb

v.

**AIG DIRECT INSURANCE SERVICES, INC.,**

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 10/27/2016, this case is dismissed with prejudice with each party to bear its own costs.

**APPROVED:**

                                                s/J. Daniel Breen
                                                Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**